# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

MOISES JERONIMO-MARTIN,

      Defendant.

Case No. 2:25-cr-00359-GMN-MDC

**ORDER**

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, March 16, 2026, at 10:00 a.m., be vacated and continued to March 16, 2026 at the hour of 10:15 a.m.

DATED this __24__ day of February 2026.

_____

UNITED STATES DISTRICT JUDGE